```
          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
                 TAMPA DIVISION
```

JAVIER MARTINEZ and LAURA MARTINEZ,

                  Plaintiffs,

vs.                      Case No. 8:08-cv-1412-T-33TBM

TUSCANY PRESERVE DEVELOPMENT, INC.,

                  Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the parties' Joint Motion to Stay Action (Doc. # 11), which was filed on September 12, 2008. The parties indicate that they "have reached a stipulation which will resolve all issues raised in this case." (Doc. # 11 at 1). The parties request an order staying this case until December 20, 2008, "in order to allow the parties to conclude their settlement agreement." (Doc. # 11 at 1).

This Court finds it appropriate to stay the case until December 20, 2008, as requested by the parties. The parties are directed to immediately notify this Court in writing if a final settlement is reached, whereupon this Court will close the case. If the parties are unable to resolve their differences before December 20, 2008, this Court will lift the stay and will require a response to be filed to Defendant Tuscany Preserve Development, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3), or in the Alternative, Motion for Transfer and Remand (Doc. # 6) within ten days of the stay being lifted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion to Stay Action (Doc. # 11) is **GRANTED**.

(2) This case is **STAYED** until December 20, 2008.

(3) The parties are directed to immediately inform the Court in writing if the case is fully settled at any time prior to December 20, 2008. If the case is not settled by December 20, 2008, the stay will be lifted.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>17th</u> day of September, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record