UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAVIER MARTINEZ and
LAURA MARTINEZ,

        Plaintiffs,
v.                      Case No.  8:08-cv-1412-T-33TBM

TUSCANY PRESERVE
DEVELOPMENT, INC.,

        Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiffs' motion to enforce settlement agreement (Doc. # 13), which was filed on November 11, 2008.

Plaintiffs seek a judgment against Defendant in the amount of $15,500.  Plaintiffs' motion explains:

> On or about September 11, 2008, the parties entered into a Settlement Agreement . . . . The Defendant thereafter breached the Settlement Agreement by failing to make the October 15, 2008 payment in the amount of $4,000. . . . The Plaintiffs are entitled to a judgment against the Defendant in the total amount of $15,500.00, representing the agreed upon default sum of $19,500.00, less a credit of $4,000.00 for the initial payment made by the Defendant pursuant to said agreement.

(Doc. # 13 at 1-2).

In support of their motion, Plaintiffs filed the settlement agreement, which appears to bear the signature of Richard Davenport, president of Defendant Tuscany Preserve Development, Inc., and the signature of Peter W. van den Boom,

Esq., counsel for Defendant. (Doc. # 13). Plaintiffs have also filed an affidavit of default signed by counsel for Plaintiffs. (<u>Id.</u>).

Defendant has not filed a response to the motion, and has been given ample time and opportunity to do so.

Having considered the motion, settlement agreement and affidavit of default, and being otherwise advised in the premises, the Court finds that Plaintiffs' motion to enforce settlement should be granted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiffs' motion to enforce settlement agreement (Doc. # 13), is **GRANTED.**

(2) The Clerk is directed to enter **JUDGMENT** in favor of Plaintiffs Javier Martinez and Laura Martinez, and against Defendant Tuscany Preserve Development, Inc. in the amount of **$15,500**.

(3) After judgment is entered, the Clerk is directed to close this case and terminate any pending motions.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>7th</u> day of January, 2009.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

All Parties of Record